# CONSENT TO BECOME PARTY PLAINTIFF
# IN THE MATTER OF:

## Julie A. Arnold, on behalf of herself and all others similarly situated, v. v. Reliant Bank

By my signature below, I authorize the filing and prosecution of the above-styled Fair Labor Standards Act action as representative plaintiff.

DATE: November 11, 2011

SIGNATURE

Julie Arnold
PRINT NAME